LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
Ditech Financial LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Real Time Resolutions; USAA Federal Savings Bank; Ditech Financial, LLC and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | CASE NO.: 4:16-cv-05710-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>Complaint Filed: October 5, 2016 |

　　　　Defendant Ditech Financial LLC ("Ditech") and plaintiff Joseph Miller ("Plaintiff"), by and through their respective counsel of record, jointly stipulate and agree as follows:

**RECITALS**

　　　　WHEREAS, Plaintiff filed the Complaint on October 5, 2016;

　　　　WHEREAS, Plaintiff served the Complaint on Ditech on October 11, 2016;

　　　　WHEREAS, Ditech's current deadline to respond to Plaintiff's Complaint is November 1, 2016;

　　　　WHEREAS, the Parties wish to explore potential resolution to the litigation;

**STIPULATION**

WHEREFORE, the Parties stipulate and agree:

Ditech's deadline to respond to the Complaint is extended to December 31, 2016.

**IT IS SO STIPULATED.**

Dated: October 28, 2016                     LOCKE LORD LLP


By:  */s/ Xiyi Fu*
       Regina J. McClendon
       Xiyi Fu
Attorneys for Defendant Ditech Financial LLC


Dated: October 28, 2016                     SAGARIA LAW, P.C.


By:  */s/ Elliot Gale*
       Elliot Gale
Attorney for Plaintiff Joseph Miller

**Locke Lord LLP**
**44 Montgomery Street, Suite 4100**
**San Francisco, CA 94104**

1  Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence
2  regarding the filing of this document from the signatories to the document.
3  Dated: October 28, 2016                    /s/ Xiyi Fu
4                                             Xiyi Fu

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

**[PROPOSED] ORDER**

Good cause appearing, the deadline for defendant Ditech Financial LLC to respond to the Complaint of plaintiff Joseph Miller is extended to December 31, 2016.

IT IS SO ORDERED.

Dated: October 31, 2016

_____
Honorable Jon S. Tigar
Judge of the United State District Court