```
SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
```
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH MILLER, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 3:16-CV-05710-JST <br><br> STIPULATION TO DISMISS DEFENDANT USAA FSB; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Joseph Miller and defendant USAA FSB , that USAA FSB be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT USAA FSB; ~~PROPOSED~~ ORDER - 1

DATED: January 19, 2017          Sagaria Law, P.C.

                                 By:     /s/ Elliot W. Gale
                                       Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Joseph Miller

DATED: January 19, 2017          Hayes Scott Bonino Ellingson & McLay, LLP

                                 By:     /s/ Joshua Kastan
                                       Joshua Kastan
                                 Attorneys for Defendant
                                 USAA FSB

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joshua Kastan has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant USAA FSB is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 20, 2017          _____
                                 JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE